UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTINEZ, an individual, AND JUAN SANCHEZ, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL EWP, INC., et al.,<br><br>Defendants. | Case No.: 23cv837-RSH(LR)<br><br>**ORDER SETTING FOLLOW-UP SETTLEMENT CONFERENCE** |

A Settlement Conference was held on **January 22, 2025**. Pursuant to the discussions with the parties, the Court **SETS** a follow-up video Settlement Conference ("SC") for **January 30, 2025**, at **1:00 p.m.** All discussions at the SC will be informal, off the record, privileged, and confidential. The following rules and deadlines apply:

    a.    **Appearance via Videoconference Required:** All named parties (including those who are indemnified by others), party representatives, including claims adjusters for insured defendants, as well as the principal attorney(s) responsible for the litigation, must participate in the video conference, and be legally and factually prepared to discuss and resolve the case. Counsel appearing without their clients will be cause for immediate imposition of sanctions and may also result in the immediate termination of the

1

conference.

      b.   **Full Settlement Authority Required:** A party or party representative with full settlement authority[1] must be present at the conference. Retained outside corporate counsel shall not appear on behalf of a corporation as the party representative who has the authority to negotiate and enter a settlement. A government entity may be excused from this requirement so long as the government attorney who attends the SC has (1) primary responsibility for handling the case, and (2) authority to negotiate and recommend settlement offers to the government official(s) having ultimate settlement authority.

      c.   The Court will use its official Zoom video conferencing account to hold the SC.

      d.   Prior to the start of the SC, the Court will e-mail each SC participant an invitation to join a Zoom video conference.

      e.   No later than **January 24, 2025**, counsel for each party shall send an e-mail to the Court at efile_rodriguez@casd.uscourts.gov containing the following:

          (1) The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

          (2) An **e-mail address for each participant** to receive the Zoom video conference invitation; and

          (3) A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead

---

[1] "Full settlement authority" means that a person is authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485–86 (D. Ariz. 2003). Limited or a sum certain authority is not adequate. See Nick v. Morgan's Foods, Inc., 270 F.3d 590, 595–97 (8th Cir. 2001).

1  of by video conference. (If counsel prefers all participants of their party on a single
2  conference call, counsel may provide a conference number and appropriate call-in
3  information, including an access code, where all counsel and parties or party
4  representatives for that side may be reached as an alternative to providing individual
5  telephone numbers for each participant.)

6  **IT IS SO ORDERED.**

7  Dated: January 22, 2025

```
                                    _____
                                    Honorable Lupe Rodriguez, Jr.
                                    United States Magistrate Judge
```