UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL EWP, INC., et al., <br><br> Defendants. | Case No.: 23cv837-RSH(LR) <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic attorneys-only Case Management Conference ("CMC") in this case will be held on **June 30, 2025**, at **9:30 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Rodriguez's chambers is (760) 339-4250.

**IT IS SO ORDERED.**

Dated: May 14, 2025

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge